**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-98A** **DATE: August 5, 2005**

**TITLE: USA v. Jose Alberto Alvarado**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Richard Rose, AUSA
John MacDonald, Esq.
Heather McLoughlin, Pretrial Services
Jose Kleinberg, Interpreter

**PROCEEDINGS:** Initial Appearance and Detention Hearing:

Deft informed of charges & rights.
Deft understands charges & rights.
Waiver of Preliminary Exam.
Deft informed of rights.
Deft understands rights & waiver.
Court accepts waiver.
Govt requests detention.
INS detainer.
Deft requests bail.
Deft remanded to custody.