AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Jose Alberto Alvarado

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:05-M-98A

I, Jose Alvarado, charged in a (complaint) (petition) pending in this District with Passport Fraud / False Claim US Citizenship in violation of Title 18 USC 1542, U.S.C., 18 USC 911, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

8-5-05
Date

[signature]
Counsel for Defendant