1052448

RECEIVED JUL 27 2005 U.S. MARSHALS SERVICE DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JOSE ALBERTO ALVARADO

## WARRANT FOR ARREST

CASE NUMBER: 1:05M98A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSE ALBERTO ALVARADO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

PASSPORT FRAUD AND FALSE CLAIM OF CITIZENSHIP

in violation of Title 18 United States Code, Section(s) 1542 and 911

| | |
|---|---|
| LINCOLN D. ALMOND | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 07-27-2005 Providence, Rhode Island |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at arrested by ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/27/2005 | Charles T. Wyant SDUSM | [signature] |
| DATE OF ARREST 08/05/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.