AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America
v.
Jose Alberto Alvarado

APPEARANCE

CASE NUMBER: 1:05-M-98A

To the Clerk of this court and all parties of record:

Enter my appearance as co-counsel in this case for
Jose Alberto Alvarado

I certify that I am admitted to practice in this court.

8/10/05
*Date*

*Signature*

*Print Name* *Bar Number*

Ronald W. Thompson, Esq.
1345 Warwick Avenue
Warwick, RI 02888 USA

*Address*

*City* *Code*

401-463-1990
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.